1
2
3
4
5
6
7
8
9
10           IN THE UNITED STATES DISTRICT COURT
11                WESTERN DISTRICT OF WASHINGTON

12  MARK K. DAVIS,                          )
13                                          )
14              Plaintiff,                  )   NO.  CV04-5742B
                                            )
15     v.                                   )
16                                          )   STIPULATION AND ORDER OF
17  THE CITY OF POULSBO,                    )   DISMISSAL WITH PREJUDICE
    a municipal corporation,                )   AND WITHOUT COSTS
18                                          )
19     and                                  )
                                            )
20                                          )
21  ANDREAS PATE, in his capacity as a      )
    police officer for the City of Poulsbo, )
22  and as an individual,                   )
                                            )
23                                          )
              Defendants.                   )
24  _____)
25
26
27
28

STIPULATION AND ORDER OF DISMISSAL - 1

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON  98101
(206)467-7500
FAX: (206)467-0101

I.   *STIPULATION*

COME NOW the plaintiff, Mark K. Davis, by and through his attorney, John R. Muenster, and the defendants, City of Poulsbo and Andreas Pate, by and through their attorney, John T. Kugler, and stipulate and agree that any and all claims by plaintiff against defendants and any and all claims by defendants against plaintiff may be dismissed with prejudice and without costs to any party in this action.

DATED this the 25th day of July, 2005.

Respectfully submitted,

MUENSTER & KOENIG


By:   s/_____
      JOHN R. MUENSTER
      WSBA No. 6237
      Attorney at Law
      Of Attorneys for Plaintiff Mark K. Davis

BURGESS FITZER, P.S.


By:s/_____
      JOHN T. KUGLER
      Attorney at Law
      WSBA No. 19960
      Of Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL - 2

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98101
(206)467-7500
FAX: (206)467-0101

II.   *ORDER*

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that the above-entitled action be, and the same hereby is, dismissed with prejudice and without costs to any party.

DATED this the 25th day of July, 2005.

_____
Robert J. Bryan
U.S. District Judge

Presented by:

MUENSTER & KOENIG


By: s/_____
     JOHN R. MUENSTER
     Attorney at Law
     WSBA No. 6237
Of Attorneys for Plaintiff

Copy received; notice of presentation waived; approved for entry:

BURGESS FITZER, P.S.


By: s/_____
     JOHN T. KUGLER
     Attorney at Law
     WSBA No. 19960
Of Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL - 3

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98101
(206)467-7500
FAX: (206)467-0101